585 A.2d 372
STATE OF NEW JERSEY v. J.S.

September 18, 1990.

Petition for certification denied.

585 A.2d 372
STATE OF NEW JERSEY v. JONATHAN DUNSON.

September 18, 1990.

Petition for certification denied.

585 A.2d 372
STATE OF NEW JERSEY v. JEFFREY GIOVANELLO.

September 18, 1990.

Petition for certification denied.

585 A.2d 372
STATE OF NEW JERSEY v. NORMAN C. WILLIAMS.

September 18, 1990.

Petition for certification denied.

585 A.2d 373
STATE OF NEW JERSEY v. ANTOINE GRAHAM.

September 18, 1990.

Petition for certification denied.